IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**'17 - CV - 02751**

NOV 1 6 2017

Civil Action No. _____

JEFFREY P. COLWELL
CLERK

(To be supplied by the court)

**John Patrick Fletcher**

_____ ,   Plaintiff,

v.

**Inmate Bank**

_____ ,

**State Controller**

_____ ,

**Rick Raemisch**

_____ ,

**Tanya Whitney**

_____ ,

_____ ,

_____ ,

_____ ,

***individually and in their official capacities***

_____ ,   Defendant(s)

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT AND AFFIDAVIT**

---

(Rev. 1/30/07)                                1

## A. PARTIES

1.  John Patrick **Fletcher**; #81478; B.V.C.F. East 2-N-1; P.O. Box 2017; Buena Vista, CO 81211
    (Plaintiff's name, prisoner identification number, and complete mailing address)

2.  **Inmate Bank**; P.O. Box 230; Canon City, Colorado 81215-0230
    (Name, title, and address of first defendant)

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  **X**  Yes ___ No  (CHECK ONE).  Briefly explain your answer:

    The banking financial institution operated, maintained and administered by

    defendants: Raemisch and Whitney.

3.  State Controller, [hereinafter **"Controller"**]; Address Unknown
    (Name, title, and address of first defendant)

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  **X**  Yes ___ No  (CHECK ONE).  Briefly explain your answer:

    Sworn state employee – C.R.S. 24-30-201, et seq..

4.  Rick **Raemisch**, Director; 1250 Academy Park Loop; Colorado Springs, CO 80910
    (Name, title, and address of first defendant)

    At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?  **X**  Yes ___ No  (CHECK ONE).  Briefly explain your answer:

    Director of the Colorado Department of Corrections.

 (If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant.  The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                    2

## A. PARTIES

5.  <u>Tanya **Whitney**; 1250 Academy Park Loop; Colorado Springs, CO 80910</u> _____

(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? **_X_** Yes ___ No  (CHECK ONE).  Briefly explain your answer:

<u>Employee of the Colorado Department of Corrections.</u> _____

## UNNAMED DEFENDANTS

"A district court is not required to act as an advocate for a pro se litigant; but when such a litigant has alleged a cause of action which may be meritorious against a person or persons unknown, the district court should afford him a reasonable opportunity to determine the correct person or persons against whom the claim is asserted, advise him how to proceed and direct or permit amendment of the pleadings to bring that person or persons before the court. If it is apparent to the district court that a pro se litigant has a colorable claim but lacks the capacity to present it, the district court should appoint counsel to assist him."
*Gordon v. Leeke*, 574 F.2d 1147, 1152-1153 (4th Cir. 1978)

(Rev. 1/30/07)                                       3

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    __X__   28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _____   28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):
    28 U.S.C. §§ 2201 and 2202 – declaratory relief
    28 U.S.C. §§ 2283 and 2284 and Rule 65 of the Federal Rules of
    Civil Procedure – injunctive relief
    28 U.S.C. § 1367 – supplemental jurisdiction; state law claims

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

1.  Giving oneself the artificial name of a bank, and conducting banking financial activities under such a name, without specific written authorization to do so, are statutorily adverse actions under state and federal criminal statutes.

2.  According to United States Code, Titles 12 and 31, and Colorado Revised Statutes, Title 11, it is unlawful to carry on a financial institution and banking business without specific authorization to do so.

3.  Defendants Raemisch and Whitney, with full knowledge and consent of Defendant Controller, operate, maintain, and administer an unlawful, illegal, and fraudulent banking establishment known as the Inmate Bank.

4.  This bank can be reached at its Canon City office, located at:
    Inmate Bank Office
    P.O. Box 230
    Canon City, Colorado 81215-0230

5.  This Inmate Bank exists outside of any state or federal statute, outside of any state or federal charter, and outside of any state or federal banking authority's consent or acknowledgement.

\* \* \*

6.  This Inmate Bank is used by defendants Raemisch and Whitney, with full knowledge and consent of Defendant Controller, operate, maintain, and administer the accounting system used to enrich the state coffers, held at the state treasury, with the monies unlawfully obtained by defrauding state prisoners just compensation for the use of prisoners' monies.

## C. NATURE OF THE CASE

7.     This unlawful, illegal, and fraudulent banking financial institution, is knowingly, intentionally, and with malice aforethought used by the state judicial department to confiscate prisoners' monies, in payment of debts owed to state and federal courts[1].

8.     Making the state judicial department complicit to the Inmate Bank's unlawful, illegal, and fraudulent banking activities.

9.     As Defendant Raemisch is charged with entering into, and implementing, the "memorandum of understanding" held with the judicial department[1] to collect monies owed to state and federal courts;

10.     and such memorandum is known by defendants: Controller, Raemisch, and Whitney, as well as the judicial department to be based on the usage of the known unlawful, illegal, and fraudulent Inmate Bank;

11.     then, such "memorandum of understanding"[1] is known by the judicial department and defendants: Controller and Raemisch to be null and void.

12.     Making all such unlawfully confiscated monies, stolen chattel; which must be returned to the rightful owners.

* * *

13.     The unlawful, illegal, and fraudulent banking practices of defendants: Inmate Bank, Controller, Raemisch, and Whitney, have jointly, severally, and personally taken Mr. Fletcher from his state of wholeness, and through intentional malfeasance of office, has created an aggrieved individual, who must now be made whole again.

---

[1] C.R.S. 16-18.5-106. Restitution for persons sentenced to the department of corrections.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

### PERSONAL INVOLVEMENT
#### FOR EACH DEFENDANT FOR EACH CLAIM RAISED HEREIN

**Each defendant's personal involvement:**

a.      Defendant **Inmate Bank** – provides unlawful, illegal, and fraudulent, banking services for the Colorado Department of Corrections, under the guidance and direction of defendants: Raemisch and Whitney, below;

b.      Defendant **Controller** – statutorily charged with overseeing all financial activities occurring with the state treasury by Defendant Inmate Bank[2].

c.      Defendant **Raemisch** – statutorily charged with overseeing the budget, policies and personnel of the Inmate Bank[3];

d.      Defendant **Whitney** – administers, operates, and controls the day-to-day activities of the Inmate Bank;

e.      for the reasons above, defendants: Inmate Bank, Controller, Raemisch, and Whitney, are each, jointly, severally, and personally charged with knowing Deefendant Inmate Bank was, and is, a clearly unlawful, illegal, and fraudulent banking financial institution; as well as charged with notifying local, state, and federal law enforcement of this known criminal enterprise's existence.

---

[2] C.R.S. 24-30-201. Accounts and control – controller.
[3] C.R.S. 17-1-103. Duties of the executive director.

## D. CAUSE OF ACTION

**CONFIDENTIAL FINANCIAL RECORDS**

1. Claim One: <u>Substantive Due Process of Law</u>

    Supporting Facts:   Same facts as Claim Four below.

2. Claim Two: <u>Procedural Due Process of Law</u>

    Supporting Facts:   Same facts as Claim Four below.

3. Claim Three: <u>Equal Protection of the Laws</u>

    Supporting Facts:   Same facts as Claim Four below.

4. Claim Four: <u>Cruel and Unusual Punishment Inflicted</u>

    Supporting Facts:

a. Defendant **Inmate Bank** gave, gives, and will continue to give itself, and all prison officials, complete viewing access to Mr. Fletcher's confidential financial records, without his signature authority for any of them, to have any access to such records.

b. Each instance of Defendant Inmate Bank, *allowing*, unauthorized viewing access to Mr. Fletcher's confidential financial records, being a separate federal criminal offense,

c. (over the last five years, approximately ten thousand prison officials have viewed Defendant Inmate Bank's, including Mr. Fletcher's, confidential financial records, on a daily basis).

* * *

d. Prison officials routinely, *accept*, complete viewing access to Mr. Fletcher's confidential financial records, without his signature authority for any of them, to have any access to such records.

e. Each instance, of each prison official, *allowing*, unauthorized viewing access to Mr. Fletcher's confidential financial records, being a separate federal criminal offense.

* * *

f. Every month, Defendant Inmate Bank sends Mr. Fletcher an unsecured printout of his confidential financial banking transactions for that month.

g. This unsecured printout is tossed on the cell floor when Mr. Fletcher is not there, where anyone can pick it up and read it; thereby gaining unauthorized access to Mr. Fletcher's confidential financial records; subjecting Mr. Fletcher to the constant fear of extortion.

## D. CAUSE OF ACTION

### CONTENTIONS – for Claims One through Four
#### CONFIDENTIAL FINANCIAL RECORDS

**Substantive Due Process of Law:**

h.     Mr. Fletcher contends that Defendant Inmate Bank, as well as prison officials, capriciously and arbitrarily allowing/accepting unauthorized access to Mr. Fletcher's confidential financial records, was, is, and will continue to be, completely without any reasonable, neutral government/penological interest for such unlawful, illegal, and unauthorized access.

**Procedural Due Process of Law:**

i.     Mr. Fletcher contends that Defendant Inmate Bank *allow*, and prison officials *accept*, unauthorized access to Mr. Fletcher's confidential financial records, without providing him with any process before doing so.

**Equal Protection of the Laws:**

j.     Mr. Fletcher contends that similarly situated prisoners, are not subjected to having their confidential financial records viewed without having proper authorization for such viewing.

**Cruel and Unusual Punishment Inflicted:**

k.     Mr. Fletcher contends that Defendant Inmate Bank demonstrated sufficiently culpable deliberate indifference to an unreasonable serious harm, by criminally violating the clearly established federal law.

l.     By way of the above, Defendant Inmate Bank did, does, and will continue, to violate Mr. Fletcher's federal statutory right to privacy of his financial records[4] as well as the above constitutional rights; thereby violating, 18 U.S.C. § 242, deprivation of rights under color of law; *itself*, an unreasonable serious harm.

---

[4] 12 U.S.C. § 3403. Confidentiality of records.

(Rev. 1/30/07)                                        8

# D. CAUSE OF ACTION

**UNLAWFULLY TAKEN MONIES**

5.    Claim Five:          Substantive Due Process of Law

      Supporting Facts:    Same facts as Claim Eight below.

6.    Claim Six:           Procedural Due Process of Law

      Supporting Facts:    Same facts as Claim Eight below.

7.    Claim Seven:         Equal Protection of the Laws

      Supporting Facts:    Same facts as Claim Eight below.

8.    Claim Eight:         Cruel and Unusual Punishment Inflicted

      Supporting Facts:

a.    Upon Mr. Fletcher's arrival at the Colorado Department of Corrections' Denver Reception and Diagnostic Center, Defendant **Inmate Bank** took Mr. Fletcher's monies held at the Denver County Jail, and placed them into Defendant Inmate Bank's own coffers; without Mr. Fletcher's signature authorization to do so.

b.    This practice of intercepting *all* of Mr. Fletcher's monies and placing them into Defendant Inmate Bank's coffers, without Mr. Fletcher's signature authorization to do so, has continued unabated ever since; with no sign of Defendant Inmate Bank stopping this larcenous practice.

(Rev. 1/30/07)                    9

## D. CAUSE OF ACTION

### CONTENTIONS – for Claims Five through Eight
#### UNLAWFULLY TAKEN MONIES

**Substantive Due Process of Law:**

c.    Mr. Fletcher contends that Defendant Inmate Bank capriciously and arbitrarily takes Mr. Fletcher's monies and places them into its own coffers, without any reasonable, neutral government/penological interest in such larceny.

**Procedural Due Process of Law:**

d.    Mr. Fletcher contends that Defendant Inmate Bank unlawfully took, takes, and will continue to take his monies, and places them into its own coffers, without providing him with any process before doing so.

**Equal Protection of the Laws:**

e.    Mr. Fletcher contends that similarly situated prisoners, are not subjected to such unabashed larceny.

**Cruel and Unusual Punishment Inflicted:**

f.    Mr. Fletcher contends that Defendant Inmate Bank demonstrated sufficiently culpable deliberate indifference to an unreasonable serious harm, by violating clearly established state and federal larceny law.

g.    By way of the above violation of Mr. Fletcher's constitutional rights, Defendant Inmate Bank did thereby commit the federal offense of, 18 U.S.C. § 242, deprivation of rights under color of law; *itself*, an unreasonable serious harm.

## D. CAUSE OF ACTION

**UNJUST ENRICHMENT**

9.   Claim Nine:           Substantive Due Process of Law

       Supporting Facts:   Same facts as Claim Twelve below.

10.  Claim Ten:            Procedural Due Process of Law

       Supporting Facts:   Same facts as Claim Twelve below.

11.  Claim Eleven:         Equal Protection of the Laws

       Supporting Facts:   Same facts as Claim Twelve below.

12.  Claim Twelve:         Cruel and Unusual Punishment Inflicted

       Supporting Facts:

a.   By way of Defendant **Controller**, defendants: **Inmate Bank, Raemisch, and Whitney** use the state treasury to earn interest for the state, on Mr. Fletcher's monies, held on account with Defendant Inmate Bank at the state treasury.

b.   The monies Defendant Inmate Bank has been continuously intercepting from Mr. Fletcher since his arrival at the Colorado Department of Corrections' Denver Reception and Diagnostic Center, and will continue to intercept, are earning interest while they sit in Defendant Inmate Bank's coffers at the state treasury.

c.   Defendant Inmate Bank provides Mr. Fletcher with neither interest, nor any other form of just compensation for the use of his monies; thereby defrauding him out of just compensation for such use.

(Rev. 1/30/07)                              11

## D. CAUSE OF ACTION

### CONTENTIONS – for Claims Nine through Twelve
#### UNJUST ENRICHMENT

**Substantive Due Process of Law:**

d.    Mr. Fletcher contends that defendants: Inmate Bank, Controller, Raemisch, and Whitney capriciously and arbitrarily denies Mr. Fletcher's just compensation for the usage of his monies, which the state earns interest off of while it sits in the state treasury, without any reasonable, neutral government/penological interest for such denial.

**Procedural Due Process of Law:**

e.    Mr. Fletcher contends that defendants: Inmate Bank, Controller, Raemisch, and Whitney capriciously and arbitrarily deny Mr. Fletcher just compensation for the usage of his monies, which the state earns interest off of while it sits in the state treasury, without providing him with any process before doing so.

**Equal Protection of the Laws:**

f.    Mr. Fletcher contends that similarly situated prisoners, are not subjected to such fraudulent banking practices.

**Cruel and Unusual Punishment Inflicted:**

g.    Mr. Fletcher contends that defendants: Inmate Bank, Controller, Raemisch, and Whitney demonstrated sufficiently culpable deliberate indifference to an unreasonable serious harm, by criminally violating clearly established state and federal banking laws, requiring just compensation for monies held on deposit.

h.    By way of the above fruadulent usage of the state treasury, each of the defendants: Inmate Bank, Controller, Raemisch, and Whitney, did demonstrate their collusion to injure Mr. Fletcher's above constitutional rights; thereby jointly, severally, and each personally committing the federal offenses of 18 U.S.C. §§ 241 and 242.

## D. CAUSE OF ACTION

**"BANKER'S LIEN" USED TO RETALIATE AGAINST PROTECTED CONDUCT**

13.  Claim Thirteen:        Substantive Due Process of Law

Supporting Facts:    Same facts as Claim Seventeen below.

14.  Claim Fourteen:        Substantive Due Process of Law

Supporting Facts:    Same facts as Claim Seventeen below.

15.  Claim Fifteen:         Procedural Due Process of Law

Supporting Facts:    Same facts as Claim Seventeen below.

16.  Claim Sixteen:         Equal Protection of the Laws

Supporting Facts:    Same facts as Claim Seventeen below.

17.  Claim Seventeen:       Cruel and Unusual Punishment Inflicted

Supporting Facts:

a.   According to Defendant Raemisch's well-established policy, Mr. Fletcher is allowed to go into the negative on his account, to pay for copies of motions to send to the court, and necessary postage as well.

b.   Consequently, Mr. Fletcher's account has consistently been in the negative for approximately a year and a half.

c.   Defendants: **Inmate Bank, Raemisch, and Whitney** fraudulently apply the *assumed* status of a banking establishment to Defendant Inmate Bank, to exercise a *bona fide* bank's privilege of a "Banker's Lien" against Mr. Fletcher's account, of 50% on all deposits made to his account, with its negative balance.

d.   (This 50% is in addition to the 20% allowed for restitution, court costs, etc., as well as an additional 20% for any child support owed.

e.   Adding up to as much as 90% of all monies being deposited, to be withheld by Defendant Inmate Bank and placed into an account with the state treasury, where it earns interest for the state.

f.   This being problematic if one, such as Mr. Fletcher, only has his prison job as income, ($18 per month - 90% = $1.80 per month), to buy soap, shampoo, dental floss, deodorant, razors, paper, pens, envelopes, stamps, etc..

g.   Imagine the hardship for those who do not have a prison job, ($5 per month - 90% = 50¢ per month))

(Rev. 1/30/07)                                13

## D. CAUSE OF ACTION

h.     Thereby forcing prisoners, in particular, Mr. Fletcher, into ~~an~~ extreme poverty, in direct response to Mr. Fletcher exercising the protected conduct of Petition[ing] the Government (the courts) for a Redress of Grievances (filing motions).

### CONTENTIONS – for Claims Thirteen through Seventeen
### "BANKER'S LIEN" USED TO RETALIATE AGAINST PROTECTED CONDUCT

**Retaliation Against Protected Conduct:**

i.     Mr. Fletcher contends that defendants: Inmate Bank, Raemisch, and Whitney used their positions as state officials to implement an unlawful, illegal, and retaliatory "Banker's Lien" against Mr. Fletcher for engaging in the protected conduct of Petition[ing] the Government (the courts) for a Redress of Grievances (filing motions).

**Substantive Due Process of Law:**

j.     Mr. Fletcher contends that defendants: Inmate Bank, Raemisch, and Whitney's capriciously and arbitrarily application of a retaliatory "Banker's Lien" of the completely arbitrary amount of 50% against Mr. Fletcher's account, was, and is, without any reasonable, neutral government/penological interest for such capricious hardship.

**Procedural Due Process of Law:**

k.     Mr. Fletcher contends that defendants: Inmate Bank, Raemisch, and Whitney's application of a 50% "Banker's Lien" against Mr. Fletcher's, without providing him with any process before doing so.

**Equal Protection of the Laws:**

l.     Mr. Fletcher contends that similarly situated prisoners, are not subjected to such retaliatory tactics by *bona fide* banking establishments.

**Cruel and Unusual Punishment Inflicted:**

m.     Mr. Fletcher contends that defendants: Inmate Bank, Raemisch, and Whitney demonstrated sufficiently culpable deliberate indifference to an unreasonable serious harm, by retaliating against Mr. Fletcher for engaging in the protected conduct of Petition[ing] the Government (the courts) for a Redress of Grievances (filing motions).

n.     By way of the above fruadulent usage of the state treasury, each of the defendants: Inmate Bank, Raemisch, and Whitney, did demonstrate their collusion to injure Mr. Fletcher's above constitutional rights; thereby jointly, severally, and each personally committing the federal offenses of 18 U.S.C. §§ 241 and 242.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? **X** Yes ___No  (CHECK ONE).  If your answer is "Yes," complete this section of the form.  If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit.  The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1.  Name(s) of defendant(s) in prior lawsuit: Balkin, et al.

2.  Docket number and court name:          1:17-cv-01012-GPG; District of Colorado

3.  Claims raised in prior lawsuit:          Crimes were committed against Mr. Fletcher
                                             by people in position of power and authority;
                                             systematically demonstrated, element by element.

4.  Disposition of prior lawsuit (for
    example, is the prior lawsuit still
    pending? Was it dismissed?              Dismissed

5.  If the prior lawsuit was dismissed, when
    was it dismissed and why?               May 01, 2017; Lack of standing

6.  Result(s) of any appeal in the prior
    lawsuit:                                Abandoned

(Rev. 1/30/07)                    15

## E. PREVIOUS LAWSUITS

1.  Name(s) of defendant(s) in prior lawsuit: Schwartz, et al._____

2.  Docket number and court name:            1:17-cv-01576-GPG; District of Colorado_____

3.  Claims raised in prior lawsuit:          Violations of:_____
                                             First Amendment right to Freedom of Speech;____
                                             as well as  Petition the Government for a Redress_
                                             of Grievances;_____
                                             Eighth Amendment right to not have_____
                                             Cruel and Unusual Punishment Inflicted; and____
                                             Fourteenth Amendment right to_____
                                             Substantive and Procedural Due Process of Law;_
                                             as well as Equal Protection of the Laws_____

4.  Disposition of prior lawsuit (for
    example, is the prior lawsuit still
    pending? Was it dismissed?              N/A_____

5.  If the prior lawsuit was dismissed, when
    was it dismissed and why?              N/A_____

6.  Result(s) of any appeal in the prior
    lawsuit:                               N/A_____

## F. ADMINISTRATIVE RELIEF

1.  Is there a formal grievance procedure at the institution in which you are confined?

    _X_ Yes __No  (CHECK ONE).

2.  Did you exhaust available administrative remedies? _X_ Yes __No (CHECK ONE).

(Rev. 1/30/07)                          16

## G. REQUEST FOR RELIEF

State the relief you are requesting.  If you need more space to complete this section, use extra paper.  The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

For the above reasons, Mr. Fletcher requests the Court grant:

1.   a declaration that Defendant Inmate Bank:
     i.     establish itself as a real bank, providing interest bearing accounts; or
     ii.    go into partnership with an existing real bank, providing interest bearing accounts; or
     iii.   otherwise provide an interest bearing account with a real financial institution, (so as to provide just compensation for the use of Mr. Fletcher's monies);
2.   a declaration that the actions, inactions, and omissions described herein, violated Mr. Fletcher's rights under the Constitution and laws of the United State;
3.   compensatory/presumed damages, against each defendant, jointly and severally;
4.   punitive/exemplary damages, against each defendant, jointly and severally;
5.   a jury trial on all issues triable by a jury;
6.   recovery of costs in this suit;
7.   the Court arrive at an appropriate designee of neutral capability to poll and intermediate on behalf of any and all aggrieved in a similar manner; to be held in a subsequent and wholly separate proceeding;
8.   any other relief the Court deems just, proper, and equitable.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on November 13, 2017.

*Pro Se* Complainant's Original Signature: _____

(Prisoner's Original Signature)

John P. Fletcher #81478
B.V.C.F. East 1-S-12
P.O. Box 2017
Buena Vista, Colorado 81211