**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 22 2018

JEFFREY P. COLWELL
CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-02751-GPG

Fletcher
    Plaintiff,

v.

Inmate Bank, et al
    Defendant.

---

Motion to Accept Objection Filing as Timely

---

(1 of 2)

1. On January 04, 2018, Magistrate Gallagher issued an "Order Directing Plaintiff to File Second Amended Complaint".
2. On January 18, 2018, Mr. Fletcher placed his "Motion to Assert Multiple Objections Under Federal Rules of Civil Procedure Rule 72" in the prison's internal mail system, with first-class postage pre-paid by the prison on his behalf.
3. As such, Mr. Fletcher asserts the prisoner mailbox rule, declaring the above motion was timely filed.

I, John Patrick Fletcher, declare under penalty of perjury, that the foregoing is true and correct. Executed on January 18, 2017.

Pro Se Movant's Original Signature: John F. #81478

John P. Fletcher #81478
B.V.C.F. East 1-S-12
P.O. Box 2017
Buena Vista, CO 81211

(2 of 2)

**Colorado Department Of Corrections**

Name __John P. Fletcher__
Register Number __81478__
Unit __B.V.C.F. East 1-5-12__
Box Number __2017__
City, State, Zip __Buena Vista, CO 81211__

**Restricted Inspection Mail**

**Restricted Inspection Mail Stamp**

FACILITY __BVCC__
DATE RECD __1-16-18__
STAFF LAST NAME __Velten__
ID# __2017__
OFFENDER LAST NAME __Fletcher__
DOC# __81478__
INT __CV__
INT __(F)__

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

neopost
01/19/2018
US POSTAGE $00.67⁰
FIRST-CLASS MAIL
ZIP 81211
041L11230983