In the United States District Court
for the District of Colorado

Docket Number:      1:17-CV-02751

Fletcher,            Plaintiff,

v.

Inmate Bank, et al,    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 14 2018

JEFFREY P. COLWELL
CLERK

Motion to Clarify Court's Intent
Regarding Fed.R.Civ.P. 72 Motion, ECF No. 10
Ruling Was Due on 02/05/2018

The "Motion to Assert Multiple Objections Under Federal Rules of Civil Procedure Rule 72", (ECF No. 10), was filed on 01/22/2018. According to Fed.R.Civ.P.72, the court had 14 days to rule on the motion. As such, Mr. Fletcher moves to be informed upon the court's intention regarding the motion.

Respectfully submitted Feb. 11, 2018.

Pro Se Movant's Original Signature:    John W #81478

John P. Fletcher #81478
B.V.C.F. East 1-5-12
P.O. Box 2017
Buena Vista, CO 81211

1 of 1

**Colorado Department Of Corrections**

Name: John P. Fletcher
Register Number: 81476
Unit: BVCF East 1-5-12
Box Number: 2017
City, State, Zip: Buena Vista, CO 81211

DENVER CO 802
12 FEB 2018 PM 9 L

Office of the Clerk
United States District Court
901 19th Street, Room A105
Denver, CO 80294-3589

80294-250151

