IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02751-GPG

JOHN PATRICK FLETCHER,

    Plaintiff,

v.

INMATE BANK,
STATE CONTROLLER,
RICK RAEMISCH,
TANYA WHITNEY, and
UNKNOWN PRISON OFFICIALS,

    Defendants.

## MINUTE ORDER

ENTERED BY SENIOR DISTRICT JUDGE LEWIS T. BABCOCK

    Plaintiff's "Motion to Clarify the Court's Intent Regarding Fed. R. Civ. P. 72," ECF No. 10 is DENIED. Plaintiff's reliance on Rule 72 is misplaced. Furthermore, the Motion is moot.

DATED: February 15, 2018