**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-02751-LTB

JOHN PATRICK FLETCHER,

    Plaintiff,

v.

INMATE BANK,
STATE CONTROLLER,
TANYA WHITNEY, and
UNKNOWN PRISON OFFICIALS,

    Defendants.

~~Defendants.~~

**JUDGMENT**

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 25, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 25 day of April, 2018.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/ *A. Garcia Garcia*
                                              Deputy Clerk