United States District Court
for the District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 07 2018
JEFFREY P. COLWELL
CLERK

Docket Number:    1:17-CV-02751-LTB

Fletcher,              Plaintiff,
v.
Inmate Bank, et al,    Defendants.

Motion to Alter or Amend
Under Fed. R. Civ. P. Rule 59(e)

Misapprehension of the Law, Facts, or Position

I. Prospective Question for Appeal

1. Whether Judge Lewis T. Babcock demonstrated similar abuse of discretion, as he did in the U.S. Supreme Court's rebuke at Erickson v. Pardus, 551 U.S. 89 (2007), by failing to apply Fed. R. Civ. P. Rule 10(c) to Mr. Fletcher's complaint.

II. Contention

2. Mr. Fletcher's pro se complaint used Rule 10(c)'s allowance that "[a] statement in a pleading may be adopted by reference elsewhere in the same pleading...", to ensure his complaint was non-repetitive, and set forth each claim in a short and concise manner

III. Argument

3. Mr. Fletcher's pro se complaint presented five sets of claims, with each set of claims springing from an individual set of facts/circumstances.

4. By use of Rule (c)'s assertion that: "[a] statement in a pleading may be adopted by reference elsewhere in the same pleading...", Mr. Fletcher was able to unambiguously "adopt[] by reference" the specific set of facts/circumstances which gave birth to each individual claim; see ECF No. 15, p. 11, ¶ 1:

 "1. The following facts apply to claims ONE through FIVE, and were personally committed by Defendant Inmate Bank against Mr. Fletcher.";

(see also idem at pp. 13, 15, 17, and 19 — all ¶ 1).

IV. Conclusion

5. By presenting the claims as Mr. Fletcher did, he was able to prevent unecessary repetition, and set forth each claim in a short and concise manner; thereby, presenting 23 claims on 11 sheets of paper — making for a very succinct complaint.

V. Precise Relief Sought

6. For the above reasons, Mr. Fletcher moves this Court to reverse its ruling, and order the U.S. Marshals to serve the Colorado Attorney General with a summons to answer Mr. Fletcher's Complaint.

Respectfully submitted this May 03, 2018.

I, John Patrick Fletcher, declare under penalty of perjury that on May 03, 2018, I placed this motion in the U.S. Mail, postage prepaid, and addressed to this Court.
Executed on May 03, 2018.
Pro Se Movant's Original Signature: John P #81476

John P. Fletcher #81478

**Colorado Department Of Corrections**
Name: John P. Fletcher
Register Number: 81478
Unit: B.V.C.F. East 1-S-12
Box Number: 2017
City, State, Zip: Buena Vista, CO 81211

DENVER CO 802
04 MAY 2018 PM 2 L

80254-250151

United States District Court
901 19th St., Room A105
Denver, CO 80294-3589

