# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 6, 2019

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  John Patrick Fletcher
           v. Inmate Bank, et al.
           No. 18-9145
           (Your No. 18-1253)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on April 18, 2019 and placed on the docket May 6, 2019 as No. 18-9145.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Clayton Higgins
      Case Analyst