# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

October 7, 2019

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re: John Patrick Fletcher
v. Inmate Bank, et al.
No. 18-9145
(Your No. 18-1253)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk